# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| STEPHEN W. CARD, et al., | * | |
| Plaintiffs, | * | CIVIL ACTION NO.: 5:17-cv-138 |
| v. | * | |
| OFFICER JOHN DOE, et al., | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 14, to which Plaintiff Stephen Card ("Plaintiff") failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint for failure to prosecute and to follow this Court's Order, **DISMISSES as moot** all pending Motions, **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this \_\_\_9\_\_\_ day of \_\_\_March\_\_\_, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)